No. 321. NATURAL GAS PIPELINE CO. v. CORPORATION COMMISSION OF OKLAHOMA ET AL. Appeal from the Supreme Court of Oklahoma. Probable jurisdiction noted. *Clarence H. Ross, Warren T. Spies, D. H. Culton* and *Coleman Hayes* for appellant. *Mac Q. Williamson,* Attorney General of Oklahoma, for the Corporation Com-

mission, *T. Murray Robinson* and *Leon Shipp* for certain mineral owners in Texas County, Oklahoma; and *Rayburn L. Foster, Harry D. Turner, R. M. Williams* and *Cecil C. Hamilton* for the Phillips Petroleum Company, appellees.